| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| SAMANTHA VINCENT, | § |
| | § |
| *Plaintiff,* | § |
| | § |
| v. | § CIVIL ACTION NO. 1:17-CV-462 |
| | § |
| COMMISSIONER OF SOCIAL | § |
| SECURITY ADMINISTRATION, | § |
| | § |
| *Defendant.* | § |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report and recommendation (Doc. No. 21) recommending the court dismiss the complaint under Rule 41(b) of the Federal Rules of Civil Procedure and, as an additional basis, that the Commissioner did not err in his decision denying the application for disability benefits. No objections have been filed. Accordingly, the court ADOPTS the recommendation of the magistrate judge.

SIGNED at Beaumont, Texas, this 18th day of September, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE